UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Lower Bucks Hospital, | ) No. 10-_____ (___) |
| | ) |
| Debtor. | ) Joint Administration Requested |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a) for filing in this chapter 11 case:

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| N/A* | N/A | N/A | N/A |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, Albert A. Mezzaroba, President, Chief Executive Officer and Chief Restructuring Officer of Lower Bucks Hospital, a Pennsylvania non-profit corporation, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2010

_____
ALBERT A. MEZZAROBA
President, Chief Executive Officer and Chief
Restructuring Officer

---

* The Debtor is a non-profit corporation and has no shareholders or other owners.