**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In Re: | : Chapter 11 |
| Lower Bucks Hospital | : No. 10-10239-elf |
| Debtor | : |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

Kindly enter the appearance of Kenneth E. Aaron, Esquire as counsel of record for party in interest, DBR Healthcare LLC, in the above-captioned bankruptcy case and enter same on the official mailing matrix.

Pursuant to Bankruptcy Rule 2002, please provide all notice given, or required to be given in this case, by the Court and/or any party to:

Kenneth E. Aaron, Esquire
Weir & Partners LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
kaaron@weirpartners.com

This request for notice includes all notices, orders, applications, motions, complaints or other pleadings, whether formal or informal, written or oral, made by mail, courier service,

delivery service, telephone, email or telecopier.

                              WEIR & PARTNERS LLP

                      By:   /s/ Kenneth E. Aaron
                            Kenneth E. Aaron (17445)
                            The Widener Building
                            1339 Chestnut Street
                            Suite 500
                            Philadelphia, PA 19107
                            215-665-8181
                            215-665-8464 fax
                            kaaron@weirpartners.com
                            Attorney for DBR Healthcare LLC

Dated:  January 14, 2010