UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11 Case
                                                               :
LOWER BUCKS HOSPITAL, et al,                                   :    Case No. 10-10239-ELF
                                                               :
                    Debtors.                                   :    Jointly Administered
---------------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

TO THE CLERK OF THE BANKRUPTCY COURT
AND ALL OTHER PARTIES IN INTEREST:

      PLEASE TAKE NOTICE that Andrew L. Swope, Esquire, and Jeffrey N. Rich, Esquire, of K&L Gates LLP hereby give notice of their appearance in this matter as counsel for Lower Bucks Hospital Holdco LLC ("LBHH"), party in interest herein.  Kindly enter same on the official mailing matrix.  Please serve all notices, motions, applications, reports, stipulations, orders, pleadings, and other papers filed in this case and any related proceeding, including without limitation all such items referred to in Bankruptcy Rules 2002, 2015, and 9007, on LBHH by delivering copies thereof to the undersigned at the following addresses:

| | |
|---|---|
| Andrew L. Swope | Jeffrey N. Rich, Esq. |
| K&L Gates LLP | K&L Gates LLP |
| 17 N. 2nd Street, 18th Floor | 599 Lexington Avenue |
| Harrisburg, PA  17101 | New York, NY 10022-6030 |
| (717) 231-4500 (telephone) | (212) 536-3900 (telephone) |
| (717) 231-4501 (facsimile) | (212) 536-3901 (facsimile) |
| Email: andrew.swope@klgates.com | E-mail: jeffrey.rich@klgates.com |

      Respectfully submitted,

Dated: January 26, 2010

s/ Andrew L. Swope
Andrew L. Swope (55817)
K&L GATES LLP
17 North Second Street, 18th Floor
Harrisburg, PA  17101
(717) 231-4500
*Counsel for Lower Bucks Hospital Holdco LLC*