UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :        Chapter 11
Lower Bucks Hospital, et al.                    :
                                                :        Case No. 10-10239-ELF
                                                :
        Debtor.                                 :

### NOTICE OF APPOINTMENT OF PATIENT CARE OMBUDSMAN
### UNDER 11 U.S.C. § 333

Now comes Roberta A. DeAngelis, Acting United States Trustee, and states that pursuant

section 333 of the Bankruptcy Code, Interim Rule 2007.2(c) and the Order directing the

appointment of a patient care ombudsman entered on January 15, 2010, the United States Trustee

hereby appoints Eric Huebscher as the Patient Care Ombudsman in this case.  The appointee's

verified statement pursuant to Interim Rule 2007.2(c) is attached as Exhibit A.

Section 333 of the Bankruptcy Code provides that the Patient Care Ombudsman shall:

(1)     monitor the quality of patient care provided to patients of the debtor, to the extent
        necessary under the circumstances, including interviewing patients and
        physicians;

(2)     file the report with the court after notice to the parties in interest, at a hearing or in
        writing, regarding the quality of patient care provided to patients of the debtor as
        per the Consent Order Authorizing the United States Trustee to Appoint a Patient
        Care Ombudsman pursuant to 11 U.S.C §333 of the Bankruptcy Code dated
        October 31, 2007;

(3)     if such ombudsman determines that the quality of patient care provided to patients
        of the debtor is declining significantly or is otherwise being materially
        compromised, file with the court a motion or a written report, with notice to the
        parties in interest immediately upon making such determination; and

(4)     shall maintain any information obtained by such ombudsman under section 333 of
        the Bankruptcy Code that relates to patients (including information relating to

patient records) as confidential information.  Such ombudsman may not review confidential patient records unless the court approves such review in advance and imposes restrictions on such ombudsman to protect the confidentiality of such records.

Pursuant to Federal Rule of Bankruptcy Procedure 2015.1:

(a)     Reports.

Unless the court orders otherwise, a patient care ombudsman, at least 10 days before making a report under § 333(b)(2) of the Code, shall give notice that the report will be made to the court.  The notice shall be transmitted to the United States trustee, posted conspicuously at the health care facility that is the subject of the report, and served on the debtor, the trustee, all patients, and any committee elected under § 705 or appointed under § 1102 of the Code or its authorized agent, or, if the case is a chapter 9 municipality case or a chapter 11 reorganization case and no committee of unsecured creditors has been appointed under § 1102, on the creditors included on the list filed under Rule 1007(d), and such other entities as the court may direct.  The notice shall state the date and time when the report will be made, the manner in which the report will be made, and, if the report is in writing, the name, address, telephone number, email address, and website, if any, of the person from whom a copy of the report may be obtained at the debtor's expense.

(b)     Authorization to Review Confidential Patient Records

A motion by a health care ombudsman under § 333(c) to review confidential patient records shall be governed by Rule 9014, served on the patient and any family member or other contact person whose name and address has been given to the trustee or the debtor for the purpose of providing information regarding the patient's health care, and transmitted to the United States trustee subject to applicable nonbankruptcy law relating to patient privacy.  Unless the court orders otherwise, a hearing on the motion may be commended no earlier than 15 days after service of the motion.

Respectfully submitted,

ROBERTA A. DeANGELIS
ACTING UNITED STATES TRUSTEE
REGION 3

By: _____
Frederic J. Baker
Senior Assistant United States Trustee

Dated:  February 2, 2010