# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re: LOWER BUCKS HOSPITAL                                 Case No.  10-10239 (ELF)

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11 or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | UNDETERMINED | | |
| B - Personal Property | Yes | 22 | $ 46,412,774.79 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 25,003,447.17 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Priority and Non-Priority Claims on Schedule E) | Yes | 3 | | UNDETERMINED | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 87 | | $ 49,349,565.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 55 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Not Applicable | Not Applicable | | | $ |
| J - Current Expenditures of Individual Debtor(s) | Not Applicable | Not Applicable | | | $ |
| Total Number of Sheets of All Schedules - | | 172 | | | |
| Total Assets - | | | $ 46,412,774.79 | | |
| Total Liabilities - | | | | $ 74,353,013.00 | |

Pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure, the Debtor hereby reserves the right to amend these schedules and statements from time to time and at any time to, among other things, correct errors and/or omissions, add or delete creditors, modify the amount and/or priority of claims, and identify claims as contingent, unliquidated, and/or disputed.

**These Schedules of Assets and Liabilities are subject to, and should be read in conjunction with, the Global Notes Regarding Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs, as submitted herewith.**

**In re: LOWER BUCKS HOSPITAL**                                    **Case No.  10-10239 (ELF)**

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H", "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claims in the property only in Schedule C-Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND WIFE JOINT COMMUNITY | | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|---|
| 04-004-001-001<br>APPROX. 2.4997 ACRES<br>BATH ROAD<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | | UNDETERMINED | |
| 04-004-002<br>APPROX. 3.4245 ACRES<br>501 BATH ROAD<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | | UNDETERMINED | |
| 05-059-148<br>APPROX. .5854 ACRES<br>143 KING STREET<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | | UNDETERMINED | |
| 05-059-156<br>APPROX. .1911 ACRES<br>4004 APPLE ROAD<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | | UNDETERMINED | |
| 05-059-157<br>APPROX. .2445 ACRES<br>827 OLD ORCHARD LANE<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | | UNDETERMINED | |
| 05-059-158<br>APPROX. .1243 ACRES<br>825 OLD ORCHARD LANE<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | | UNDETERMINED | |

Subtotal:        UNDETERMINED

In re: **LOWER BUCKS HOSPITAL**                                           Case No.  10-10239 (ELF)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND WIFE JOINT COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 05-059-160<br>APPROX. .2781 ACRES<br>815 OLD ORCHARD LANE<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | UNDETERMINED | |
| 05-059-162<br>APPROX. .3034 ACRES<br>805 OLD ORCHARD LANE<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | UNDETERMINED | |
| 05-059-163<br>APPROX. .1580 ACRES<br>OLD ORCHARD LANE<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | UNDETERMINED | |
| 05-059-168<br>APPROX. .1871 ACRES<br>715 OLD ORCHARD LANE<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | UNDETERMINED | |
| 05-059-169<br>APPROX. .1937 ACRES<br>711 OLD ORCHARD LANE<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | UNDETERMINED | |
| 05-059-173<br>APPROX. 15.3215 ACRES<br>501 BATH ROAD<br>BRISTOL PA 19007<br>USA | FEE SIMPLE | | UNDETERMINED | $     133,447.17 |
| AMBULATORY SURGICAL CENTER<br>04-004-001-004<br>APPROX. 12.8386 ACRES<br>501 BATH ROAD<br>BRISTOL PA 19007<br>USA | INTEREST UNDER OPERATING AGREEMENT | | UNDETERMINED | |

| | |
|---|---|
| Subtotal: | UNDETERMINED |
| Total: | UNDETERMINED |

Schedule A Page 2

**In re:  LOWER BUCKS HOSPITAL**                                    **Case No.  10-10239 (ELF)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's  initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H U S B A N D - W I F E | J O I N T | C O M M U N I T Y | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|---|
| 1. Cash on hand. | | SEE ATTACHED SCHEDULE B01 | | | | $        600.00 |
| 2. Checking, savings or other financial accounts, certficates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED SCHEDULE B02 | | | | $     3,723,968.16 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | SEE ATTACHED SCHEDULE B03 | | | | $      179,875.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | | | |
| 6. Wearing apparel. | X | | | | | |
| 7. Furs and jewelry. | X | | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c). | X | | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | | | |

In re:  **LOWER BUCKS HOSPITAL**                                    **Case No. 10-10239 (ELF)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND WIFE | JOINT | COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SEE ATTACHED SCHEDULE B13 | | | | UNDETERMINED |
| 14. Interests in partnerships or joint ventures. Itemize. | | SEE ATTACHED SCHEDULE B14 | | | | UNDETERMINED |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | | | |
| 16. Accounts receivable. | | SEE ATTACHED SCHEDULE B16 | | | | $  9,253,976.81 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule A- Real Property. | | SEE ATTACHED SCHEDULE B19 | | | | UNDETERMINED |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | SEE ATTACHED SCHEDULE B21 | | | | UNDETERMINED |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | SEE ATTACHED SCHEDULE B23 | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | SEE ATTACHED SCHEDULE B25 | | | | UNDETERMINED |
| 26. Boats, motors, and accessories. | X | | | | | |

In re:  **LOWER BUCKS HOSPITAL**                                    Case No.  **10-10239 (ELF)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H U S B A N D W I F E | J O I N T | C O M M U N I T Y | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | | | |
| 28. Office equipment, furnishings, and supplies. | | SEE ATTACHED SCHEDULE B28 | | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | SEE ATTACHED SCHEDULE B29 | | | | $  26,659,595.10 |
| 30. Inventory. | | SEE ATTACHED SCHEDULE B30 | | | | $  1,859,926.00 |
| 31. Animals. | X | | | | | |
| 32. Crops-growing or harvested. Give particulars. | X | | | | | |
| 33. Farming equipment and implements. | X | | | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | SEE ATTACHED SCHEDULE B35 | | | | $  4,734,833.72 |

19 Continuation sheet(s) attached          Total:          $  46,412,774.79

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

**B1. CASH ON HAND.**

| LOCATION NAME | ADDRESS1 | ADDRESS2 | CITY/STATE/ZIP | COUNTRY | TOTAL AMT | DESCRIPTION |
|---|---|---|---|---|---|---|
| LOWER BUCKS HOSPITAL | 501 BATH ROAD | | BRISTOL, PA 19007 | | $600.00 | PETTY CASH |
| | | | | Subtotal: | $600.00 | |
| | | | | Total: | $600.00 | |

Page 1

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

**B2. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES.**

| NAME AND LOCATION | ACCOUNT TYPE | ACCOUNT NUMBER | TOTAL AMT |
|---|---|---|---|
| CITIZENS BANK<br>LEVITTOWN BRANCH<br>4565 NEW FALLS ROAD<br>LEVITTOWN PA 19056 | CHECKING | 6218439860 | $5,185.35 |
| CITIZENS BANK<br>LEVITTOWN BRANCH<br>4565 NEW FALLS ROAD<br>LEVITTOWN PA 19056 | MONEY MARKET | 6213175168 | $2,172,232.12 |
| CITIZENS BANK<br>LEVITTOWN BRANCH<br>4565 NEW FALLS ROAD<br>LEVITTOWN PA 19056 | CHECKING | 6218439848 | $1,005,337.60 |
| CITIZENS BANK<br>LEVITTOWN BRANCH<br>4565 NEW FALLS ROAD<br>LEVITTOWN PA 19056 | CHECKING | 6218446030 | $81,829.10 |
| CITIZENS BANK<br>LEVITTOWN BRANCH<br>4565 NEW FALLS ROAD<br>LEVITTOWN PA 19056 | MONEY MARKET | 6218436903 | $17,214.85 |
| CITIZENS BANK<br>LEVITTOWN BRANCH<br>4565 NEW FALLS ROAD<br>LEVITTOWN PA 19056 | CHECKING | 6223685581 | $1,469.25 |
| CITIZENS BANK<br>LEVITTOWN BRANCH<br>4565 NEW FALLS ROAD<br>LEVITTOWN PA 19056 | DEPOSIT | 6223804491 | $200,560.00 |
| CITIZENS BANK<br>LEVITTOWN BRANCH<br>4565 NEW FALLS ROAD<br>LEVITTOWN PA 19056 | DEPOSIT | 6223804505 | $240,141.89 |

Subtotal: $3,723,968.16
Total: $3,723,968.16

Page 1

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

### B3. SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS.

| NAME AND LOCATION | TOTAL AMT | DESCRIPTION |
|---|---|---|
| BENSALEM LANDMARK PLAZA<br>2201 GALLOWAY ROAD<br>BENSALEM PA 19020 | $4,875.00 | SECURITY DEPOSIT |
| HORIZON MENTAL HEALTH MANAGEMENT, INC<br>D/B/A HORIZON BEHAVIORAL HEALTH SERVICES<br>2941 SOUTH LAKE VISTA DRIVE<br>LEWISVILLE TX 75067 | $175,000.00 | SERVICES AGREEMENT DEPOSIT |
| | Subtotal: $179,875.00 | |
| | Total: $179,875.00 | |

Page 1

# LOWER BUCKS HOSPITAL
# 10-10239 (ELF)

**B13. STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES.  ITEMIZE.**

| COMPANY NAME | ADDRESS1 | ADDRESS2 | CITY/STATE/ZIP | COUNTRY | TOTAL AMT |
|---|---|---|---|---|---|
| ADVANCED PRIMARY CARE PHYSICIANS | C/O LOWER BUCKS HOSPITAL | 501 BATH ROAD | BRISTOL, PA 19007 | | UNDETERMINED |
| ADVANCED SPECIALTY PHYSICIANS GROUP | C/O LOWER BUCKS HOSPITAL | 501 BATH ROAD | BRISTOL, PA 19007 | | UNDETERMINED |
| BUCKS COUNTY HEALTH FOUNDATION | C/O LOWER BUCKS HOSPITAL | 501 BATH ROAD | BRISTOL, PA 19007 | | UNDETERMINED |
| BUCKS COUNTY INSURANCE COMPANY LTD. | C/O LOWER BUCKS HOSPITAL | 501 BATH ROAD | BRISTOL, PA 19007 | | UNDETERMINED |
| BUCKS COUNTY INSURANCE COMPANY LTD. | C/O HSBC BANK(CAYMAN), LTD. | PO BOX 1109 | GEORGETOWN - GRAND CAYMAN KY1-1102 | CAYMAN ISLANDS | UNDETERMINED |
| LOWER BUCKS HEALTH ENTERPRISES, INC | C/O LOWER BUCKS HOSPITAL | 501 BATH ROAD | BRISTOL, PA 19007 | | UNDETERMINED |
| | | | | Subtotal: | UNDETERMINED |
| | | | | Total: | UNDETERMINED |

Page 1

# LOWER BUCKS HOSPITAL
# 10-10239 (ELF)

**B14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE.**

| COMPANY NAME | ADDRESS1 | ADDRESS2 | CITY/STATE/ZIP | COUNTRY | TOTAL AMT |
|---|---|---|---|---|---|
| LOWER BUCKS OPEN MRI, LLC | 592 MIDDLETOWN BOULEVARD | SUITE B - 10 | LANGHORNE PA 19047 | | UNDETERMINED |
| | | | | Subtotal: | UNDETERMINED |
| | | | | Total: | UNDETERMINED |

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

**B16. ACCOUNTS RECEIVABLE.**

| TYPE OF RECEIVABLE | TOTAL AMT | DESCRIPTION |
|---|---|---|
| PATIENT ACCOUNTS RECEIVABLE | $3,113,086.00 | NET BOOK VALUE |
| RENTAL INCOME RECEIVABLE | $140,890.81 | |
| Subtotal: | $3,253,976.81 | |
| Total: | $3,253,976.81 | |

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

**B19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN THE SCHEDULE A- REAL PROPERTY.**

| TYPE OF INTEREST | TOTAL AMT |
|---|---|
| INTEREST IN AND UNDER THE ESTATE OF LOUIS C SPRING, DECEASED | UNDETERMINED |
| Subtotal: | UNDETERMINED |
| Total: | UNDETERMINED |

Page 1

# LOWER BUCKS HOSPITAL
# 10-10239 (ELF)

**B21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATD VALUE OF EACH**

| TYPE OF CLAIM | TOTAL AMT | DESCRIPTION |
|---|---|---|
| POTENTIAL CAUSE OF ACTION - HYPEROX 1 LP | UNDETERMINED | BILLING DISPUTE |
| POTENTIAL CAUSE OF ACTION - HYPEROX I GP, LLC | UNDETERMINED | BILLING DISPUTE |
| POTENTIAL CAUSE OF ACTION - HYPEROX III GP, LLC | UNDETERMINED | BILLING DISPUTE |
| POTENTIAL CAUSE OF ACTION - HYPEROX III GP, LLC | UNDETERMINED | BILLING DISPUTE |
| POTENTIAL CAUSE OF ACTION - HYPEROX III LP | UNDETERMINED | BILLING DISPUTE |
| POTENTIAL CAUSE OF ACTION - HYPEROX INC | UNDETERMINED | BILLING DISPUTE |
| POTENTIAL CAUSE OF ACTION - RELIANT HEALTH GROUP | UNDETERMINED | CONTRACT DISPUTE |
| Subtotal: | UNDETERMINED | |
| Total: | UNDETERMINED | |

Page 1

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

**B23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS.**

| TYPE | TOTAL AMT |
|------|-----------|
| SEE ITEM B-35 | $0.00 |
| Subtotal: | $0.00 |
| Total: | $0.00 |

Page 1

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

### B25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES.

| TYPE OF PROPERTY | TOTAL AMT |
|---|---|
| 1991 FORD F250 TRUCK | UNDETERMINED |
| 1993 CHEVROLET PICKUP | UNDETERMINED |
| 1995 INTERNATIONAL TRAILER | UNDETERMINED |
| 2002 CHEVY TRAILBLAZER 4X4 | UNDETERMINED |
| 2002 FORD EXPLORER | UNDETERMINED |
| Subtotal: | UNDETERMINED |
| Total: | UNDETERMINED |

Page 1

# LOWER BUCKS HOSPITAL
# 10-10239 (ELF)

**B28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES.**

| TYPE OF PROPERTY | TOTAL AMT |
|---|---|
| SEE ITEM B-29 | $0.00 |
| Subtotal: | $0.00 |
| Total: | $0.00 |

Page 1

# LOWER BUCKS HOSPITAL
# 10-10239 (ELF)

## B29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS

| TYPE OF PROPERTY | TOTAL AMT | DESCRIPTION |
|---|---|---|
| BUILDING SERVICE EQUIPMENT | $18,471,137.31 | NET BOOK VALUE |
| FIXED EQUIPMENT | $1,431,538.78 | NET BOOK VALUE |
| MAJOR MOVABLE EQUIPMENT | $6,756,919.01 | NET BOOK VALUE |
| Subtotal: | $26,659,595.10 | |
| Total: | $26,659,595.10 | |

Page 1

# LOWER BUCKS HOSPITAL
# 10-10239 (ELF)

**B30. INVENTORY.**

**TYPE OF INVENTORY**

| TYPE OF INVENTORY | TOTAL AMT | DESCRIPTION |
|---|---|---|
| HOSPITAL INVENTORY (PATIENT CARE SUPPLIES, PHARMACY SUPPLIES, DRUGS, LENSES, ETC) | $1,859,926.00 | ESTIMATED AT 1/12/2010 |
| Subtotal: | $1,859,926.00 | |
| Total: | $1,859,926.00 | |

Page 1

# LOWER BUCKS HOSPITAL 10-10239 (ELF)

**B35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE.**

| ITEM | TOTAL AMT | DESCRIPTION | ISSUER | TYPE |
|---|---|---|---|---|
| BANK CHECKS | $20,000.00 | OTHER ASSETS | | |
| DUE FROM ADVANCED PRIMARY CARE PHYSICIANS | $489,467.78 | INTERCOMPANY RECEIVABLE AT 1/22/2010 | | |
| DUE FROM BUCKS COUNTY HEALTH FOUNDATION | $61,470.40 | INTERCOMPANY RECEIVABLE AT 12/31/2009 | | |
| DUE FROM LOWER BUCKS HEALTH ENTERPRISES, INC. | $1,166,729.36 | INTERCOMPANY RECEIVABLE AT 12/31/2009 | | |
| HEART INSTITUTE | $27,231.00 | OTHER ASSETS | | |
| INTEREST IN BOND RESERVE FUND | $2,172,602.34 | BANK OF NEW YORK MELLON | | |
| INTEREST IN BOND RESERVE FUND | $29,544.64 | BANK OF NEW YORK MELLON | | |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF BOILER OR PRESSURE VESSEL OPERATION | COMMONWEALTH OF PA DEPT OF LABOR AND INDUSTRY | VARIOUS PERMITS (STERILIZERS, BOILERS, AIR TANKS, ETC.) |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF LICENSURE | COMMONWEALTH OF PA DEPARTMENT OF HEALTH | HOSPITAL |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | RADIO STATION LICENSE | FEDERAL COMMUNICATIONS COMMISSION | RADIO SERVICE |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF LICENSURE | COMMONWEALTH OF PA DEPARTMENT OF HEALTH | HOME CARE |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF ACCREDITATION | JCAHO | JOAHO ACCREDITATION |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF ACCREDITATION | THE COLLEGE OF AMERICAN PATHOLOGISTS | LABORATORY ACCREDITATION |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF ACCREDITATION | THE COLLEGE OF AMERICAN PATHOLOGISTS | RESPIRATORY THERAPY LAB |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF ACCREDITATION | THE COLLEGE OF AMERICAN PATHOLOGISTS | HCGS CARDIOVASCULAR RESOURCES |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | PERMIT (LABORATORY) | COMMONWEALTH OF PA DEPARTMENT OF HEALTH | CLINICAL LABORATORY PERMIT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | PERMIT (POCT) | COMMONWEALTH OF PA DEPARTMENT OF HEALTH | CLINICAL LABORATORY PERMIT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | PERMIT (RESP THERAPY) | COMMONWEALTH OF PA DEPARTMENT OF HEALTH | CLINICAL LABORATORY PERMIT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | PERMIT (SURGERY PERFUSION) | COMMONWEALTH OF PA DEPARTMENT OF HEALTH | CLINICAL LABORATORY PERMIT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF ACCREDITATION (LABORATORY) | CENTERS FOR MEDICARE & MEDICAID SVCS | CLINICAL LABORATORY IMPROVEMENTS AMENDMENTS |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF ACCREDITATION (POCT) | CENTERS FOR MEDICARE & MEDICAID SVCS | CLINICAL LABORATORY IMPROVEMENTS AMENDMENTS |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF ACCREDITATION (RESPIRATORY THERAPY) | CENTERS FOR MEDICARE & MEDICAID SVCS | CLINICAL LABORATORY IMPROVEMENTS AMENDMENTS |

Subtotal: $3,976,045.72

# LOWER BUCKS HOSPITAL 10-10239 (ELF)

## B35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE.

| ITEM | TOTAL AMT | DESCRIPTION | ISSUER | TYPE |
|---|---|---|---|---|
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF ACCREDITATION (SURGERY PERFUSION) | CENTERS FOR MEDICARE & MEDICAID SVCS | CLINICAL LABORATORY IMPROVEMENTS AMENDMENTS |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF ACCREDITATION (LABORATORY) | ABB | TRANSFUSION ACTIVITIES |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CLINICAL LABORATORY PERMIT | COMMONWEALTH OF PA, DEPARTMENT OF HEALTH | HEALTHWORKS PROGRAM |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF WAIVER | CENTERS FOR MEDICARE & MEDICAID SVCS | HEALTHWORKS - CLINICAL LABORATORY IMPROVEMENTS AMENDMENTS |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE | DRUG ENFORCEMENT ADMINISTRATION | DEA CERTIFICATE- HOSPITAL |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | ALCOHOL PERMIT | PA LIQUOR CONTROL BOARD | ALCOHOL PERMIT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | AIR QUALITY PROGRAM STATE ONLY OPERATING PERMIT | COMMONWEALTH OF PA, DEPARTMENT OF ENVIRONMENTAL PROTECTION | OPERATING PERMIT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE | DRUG ENFORCEMENT ADMINISTRATION | DEA CERTIFICATE – ANALYTICAL LAB |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | MATERIALS LICENSE | US NUCLEAR REGULATORY COMMISSION | LICENSE AMENDMENT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF COMPLIANCE | COMMONWEALTH OF PA, DEPARTMENT OF PUBLIC WELFARE | MENTAL HEALTH |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | SITE LICENSE AGREEMENT | PENNSYLVANIA DEPT, OF HEALTH - STATE CENTER FOR HEALTH STATISTICS & RESEARCH | ELECTRONIC BIRTH CERTIFICATE SYSTEM |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | PA RADIOACTIVE MATERIAL LICENSE – AMENDMENT 29 | DEPARTMENT OF ENVIRONMENTAL PROTECTION | RADIOACTIVE MATERIAL |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | PA RADIOACTIVE MATERIAL LICENSE – AMENDMENT 28 | DEPARTMENT OF ENVIRONMENTAL PROTECTION | RADIOACTIVE MATERIAL |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | PA RADIOACTIVE MATERIAL LICENSE | DEPARTMENT OF ENVIRONMENTAL PROTECTION | RADIOACTIVE MATERIAL |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | RADIOACTIVE MATERIALS TRANSITION LICENSE | DEPARTMENT OF ENVIRONMENTAL PROTECTION | RADIOACTIVE MATERIAL |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF REGISTRATION | COMMONWEALTH OF PA, DEPARTMENT OF ENVIRONMENTAL PROTECTION | RADIATION PRODUCING MACHINES |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF OPERATION | DEPARTMENT OF LABOR AND INDUSTRY - BUREAU OF OCCUPATIONAL AND INDUSTRIAL SAFETY | VARIOUS ENGINEERING CERTIFICATES |

Subtotal: UNDETERMINED

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

**B35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE.**

| ITEM | TOTAL AMT | DESCRIPTION | ISSUER | TYPE |
|---|---|---|---|---|
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF REGISTRATION | COMMONWEALTH OF PA - DEPARTMENT OF ENVIRONMENTAL PROTECTION | LOWER BUCKS RADIOLOGY - TRENTON ROAD |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF REGISTRATION | COMMONWEALTH OF PA - DEPARTMENT OF ENVIRONMENTAL PROTECTION | LOWER BUCKS RADIOLOGY - OXFORD VALLEY ROAD |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | ACCREDITATION CERTIFICATE | AMERICAN COLLEGE OF RADIOLOGY | LORAD MEDICAL SYSTEMS, INC. - SELENIA 2008 |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | LICENSE (WOOD FOOD SERVICE MGT) | BUCKS COUNTY DEPARTMENT OF HEALTH | FOOD FACILITY WITH 160 SEATS |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | FOOD SAFETY MANAGER CERTIFICATE (RON HARRIS) | BUCKS COUNTY DEPARTMENT OF HEALTH | FOOD SAFETY MANAGER |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CLINICAL LABORATORY PERMIT | CENTERS FOR MEDICARE AND MEDICAID | HOME CARE |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | INDUSTRIAL WASTEWATER DISCHARGE PERMIT | BRISTOL TOWNSHIP SEWER DEPARTMENT | WASTEWATER |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | TAX EXEMPTION STATUS | COUNTY OF BUCKS - BOARD OF ASSESSMENT APPEALS | COUNTY AND TOWNSHIP - SCHOOL |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF OCCUPANCY | BOROUGH OF BRISTOL - DEPT OF LICENSURE & INSPECTION | JEFFERSON CANCER CENTER / HEALTH & WELLNESS BUILDING / AMBULATORY SURGERY CENTER / MENTAL HEALTH BLDG. & MATERIALS MGMT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | USE AND OCCUPANCY CERTIFICATE | TOWNSHIP OF BRISTOL | HOSPITAL I-2 — 4 STORIES |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF OCCUPANCY | COMMONWEALTH OF PA - DEPARTMENT OF HEALTH | C-I HOSPITAL (CANCER CENTER) |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF OCCUPANCY | COMMONWEALTH OF PA - DEPARTMENT OF HEALTH | CARDIAC CATH LAB |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | USE AND OCCUPANCY PERMIT | TOWNSHIP OF BRISTOL | CARDIAC CATH LAB |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA - DEPARTMENT OF HEALTH | EMERGENCY DEPT FAST TRACK & PSYCHIATRIC UNIT / RENOVATIONS |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPANCY INSPECTION | DIVISION OF ACUTE & AMBULATORY CARE | NEW MODULAR HYPERBARIC SUITE |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA - DEPARTMENT OF HEALTH | RENOV. TO INSTALL NEW MODULAR HYPERBARIC SUITE |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA - DEPARTMENT OF HEALTH | ALTERATIONS AND ONE-STORY ADDITION (40D) |

Subtotal: UNDETERMINED

Page 3

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

**B35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE.**

| ITEM | TOTAL AMT | DESCRIPTION | ISSUER | TYPE |
|------|-----------|-------------|--------|------|
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | 3RD FLOOR C WING – NICU |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | LICENSE INSPECTION | US NUCLEAR REGULATORY COMMISSION | SAFETY INSPECTION |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | OCCUPANCY APPROVAL SURVEY – OPEN HEART SURGERY ROOM |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF OCCUPANCY | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | FOUR STORY ADDITION, TYPE II |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | CERTIFICATE OF OCCUPANCY | TOWNSHIP OF BRISTOL | FOUR STORY ADDITION |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | 1ST FLOOR RADIOLOGY DEPT. |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | 2ND FLOOR EXTEND PARTITION |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | B WING – SLEEP LAB |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | OUTPATIENT INFUSION DEPARTMENT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | AMBULATORY SURGERY CENTER |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | CANCER CENTER |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | 3F |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | DIALYSIS UNIT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | 3E |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | NUCLEAR MEDICINE SUITE |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPANCY PERMIT | COMMONWEALTH OF PA. DEPARTMENT OF LABOR & INDUSTRY | LOWER BUCKS HOSPITAL |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | WOUND CARE SUITE |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA. DEPARTMENT OF HEALTH | CT ROOM |

Subtotal: UNDETERMINED

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

**B35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE.**

| ITEM | TOTAL AMT | DESCRIPTION | ISSUER | TYPE |
|---|---|---|---|---|
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA, DEPARTMENT OF HEALTH | SECOND FLOOR OFFICE SPACE |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | OCCUPY FOR LIFE SAFETY PURPOSES | COMMONWEALTH OF PA, DEPARTMENT OF HEALTH | 4TH FLOOR MEDSURG, TELEMETRY UNIT |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | SYNTHETIC MINOR OPERATING PERMIT | DEPARTMENT OF ENVIRONMENTAL PROTECTION | CLEAR AIR FUND |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | LIFE SAFETY CODE INSPECTION | DEPARTMENT OF HEALTH | BUCKS COUNTY SURGERY CENTER |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | LIFE SAFETY CODE INSPECTION | DEPARTMENT OF HEALTH | PAVILON, CANCER CENTER, MRI |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | LIFE SAFETY CODE INSPECTION | DEPARTMENT OF HEALTH | MAIN BUILDING |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | FIRE PREVENTION PERMIT | MIDDLETOWN TOWNSHIP | |
| LICENSES / PERMITS / CERTIFICATES | UNDETERMINED | X-RAY EQUIPMENT INSPECTION | PA DEPARTMENT OF ENVIRONMENTAL PROTECTION | |
| PREPAID DUES & INTEREST | $56,995.00 | OTHER ASSETS | | |
| PREPAID EXPENSES | $110,944.00 | OTHER ASSETS | | |
| PREPAID INSURANCE | $435,445.00 | OTHER ASSETS | | |
| PREPAID LEASE & MAINTENANCE AGREEMENTS | $92,122.00 | OTHER ASSETS | | |
| PREPAID PAYROLL WAGES | $2,457.00 | OTHER ASSETS | | |
| PREPAID WATER & SEWER | $4,154.00 | OTHER ASSETS | | |
| SOFTWARE LICENSE - 3M HEALTHCARE SYSTEMS | UNDETERMINED | ENCODING SOFTWARE FOR MEDICAL RECORDS | | |
| SOFTWARE LICENSE - AGFA | UNDETERMINED | CATH LAB PICTURE ARCHIVAL AND COMMUNICATIONS SYSTEM (PACS) - HEARTLAB | | |
| SOFTWARE LICENSE - DB TECHNOLOGIES | UNDETERMINED | REPORT AUTOMATION AND ARCHIVAL SOFTWARE (RAS) | | |
| SOFTWARE LICENSE - ELECTRONIC HEALTHCARE SYSTEMS (EHS) | UNDETERMINED | MATERIALS MANAGEMENT/PURCHASING SYSTEM | | |
| SOFTWARE LICENSE - ERAD | UNDETERMINED | PICTURE ARCHIVAL AND COMMUNICATIONS SYSTEM (PACS) | | |
| SOFTWARE LICENSE - GENERAL ELECTRIC/MARQUETTE | UNDETERMINED | CARDIOLOGY INFORMATION SYSTEM (MUSE) | | |
| SOFTWARE LICENSE - HILL-ROM ASIS | UNDETERMINED | FETAL MONITORING SYSTEM | | |
| SOFTWARE LICENSE - MICROSOFT | UNDETERMINED | OFFICE 2000 - OFFICE AUTOMATION | | |
| SOFTWARE LICENSE - MICROSOFT | UNDETERMINED | OFFICE 2003 - OFFICE AUTOMATION | | |
| SOFTWARE LICENSE - MICROSOFT | UNDETERMINED | OFFICE 2007 - OFFICE AUTOMATION | | |
| SOFTWARE LICENSE - MICROSOFT | UNDETERMINED | WINDOWS SERVER 2000 - SERVER OPERATING SYSTEM | | |
| SOFTWARE LICENSE - MICROSOFT | UNDETERMINED | WINDOWS SERVER 2003 - SERVER OPERATING SYSTEM | | |
| SOFTWARE LICENSE - MICROSOFT | UNDETERMINED | EXCHANGE SERVER 2003 - E-MAIL/GROUPWARE SYSTEM | | |
| SOFTWARE LICENSE - OMNICELL | UNDETERMINED | PHARMACY DISPENSING SYSTEM | | |
| SOFTWARE LICENSE - SUNQUEST | UNDETERMINED | LABORATORY INFORMATION SYSTEM | | |
| SOFTWARE LICENSE - SUNQUEST | UNDETERMINED | RADIOLOGY INFORMATION SYSTEM | | |
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | INTERFACE/INTEGRATION ENGINE SOFTWARE (OPENLINK) | | |

Subtotal:   $701,698.00

Page 5

# LOWER BUCKS HOSPITAL
## 10-10239 (ELF)

### B35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE.

| ITEM | TOTAL AMT | DESCRIPTION | ISSUER | TYPE |
|---|---|---|---|---|
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | PHARMACY INFORMATION SYSTEM | | |
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | MEDICATION ADMINISTRATION SYSTEM (MAK) | | |
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | CLINICAL REPOSITORY (LIFETIME CLINICAL RECORD) | | |
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | DECISION SUPPORT SYSTEM (DSS) | | |
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | PATIENT REGISTRATION, ORDER ENTRY/RESULTS REPORTING (INVISION) | | |
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | FINANCIALS - GL, HR, AP, PAYROLL (UNITY) | | |
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | BROWSER BASED TECHNOLOGY (OAS GOLD AND NET.ACCESS) | | |
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | ENTERPRISE DOCUMENT MANAGEMENT FOR MEDICAL RECORDS (SOARIAN EHIM) | | |
| SOTWARE LICENSE - SIEMENS MEDICAL SOLUTIONS | UNDETERMINED | PRODUCT LINE MANAGER - (PLM - DSS) | | |
| SPRING TRUST RECEIVABLE | $56,000.00 | OTHER ASSETS | | |

|  |  |
|---|---|
| Subtotal: | $56,000.00 |
| Total: | $4,724,603.72 |