UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | |
| LOWER BUCKS HOSPITAL ) | Bky. No. 10-10239 (ELF) |
| ) | |
| LOWER BUCKS HEALTH ENTERPRISES, INC. ) | |
| ) | JOINTLY ADMINISTERED |
| ADVANCED PRIMARY CARE PHYSICIANS ) | |
| ) | |
| Debtors ) | Re: Docket Number_____ |
| ) | |

ORDER AUTHORIZING THE EMPLOYMENT AND
RETENTION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP
BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
*NUNC PRO TUNC* TO JANUARY 27, 2010

Upon consideration of the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") to retain Deloitte Financial Advisory Services LLP to serve as financial advisors to the Committee; and upon consideration of the Verified Statement of Daniel Polsky in support of the Application; and the Court being satisfied that Deloitte Financial Advisory Services LLP represents no adverse interest in the matter with respect to which it is to be employed; and notice of the Application being sufficient; and good cause appearing therefor;

THE COURT HEREBY FINDS THAT:

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Notice of the Application was sufficient under the circumstances.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Application.

D. The Application and the Polsky Statement are in full compliance with applicable provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of this Court (the "Local Rules").

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. Pursuant to 11 U.S.C. §1103, the Committee is authorized to retain Deloitte Financial Advisory Services LLP, *nunc pro tunc* to January 27, 2010, to serve as its financial advisors in the above-captioned chapter 11 cases in accordance with the Application and the Polsky Statement.

3. Deloitte Financial Advisory Services LLP shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and any Order entered by this Court in respect of compensation of professionals.

Date: April 8, 2010

THE HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

To be served on all parties receiving electronic notification.