# United States Bankruptcy Court

Eastern District Of Pennsylvania

In re Lower Bucks Hospital Case No. 10-10239(ELF)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Dr. Reddy Dandolu</u> | <u>Wound Care and Hyperbaric Oxygen Therapy in NE Phila. PC</u> |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 11<br>Amount of Claim: $352,907.00<br>Date Claim Filed: 7/12/2010 |
| Adrienne N. Roth, Esquire<br>Ciardi Ciardi & Astin<br>One Commerce Square, Suite 1930<br>2005 Market Street<br>Philadelphia, PA 19103 | |
| Phone: <u>215-557-3550</u> | Phone: <u>215-557-3550</u> |
| Last Four Digits of Acct #: <u>N/a</u> | Last Four Digits of Acct. #: <u>N/a</u> |

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:<u>/s/ Reddy Dandolu, M.D.</u>     Date: August 7, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.