Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
Adrienne N. Roth, Esquire
CIARDI CIARDI & ASTIN
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
(215) 557-3550

*Counsel to B. Reddy Dandolu*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| LOWER BUCKS HOSPITAL, | : CHAPTER 11 |
| LOWER BUCKS HEALTH ENTERPRISES, INC, | : CASE NO.: 10-10239-ELF |
| ADVANCED PRIMARY CARE PHYSICIANS, | : JOINTLY ADMINISTERED |
| DEBTORS. | : |

**NOTICE OF ENTRY OF APPEARANCE AND
REQUEST FOR NOTICE PURSUANT TO RULE 2002**

Kindly enter the appearance of counsel below on behalf of B. Reddy Dandolu in the above captioned Chapter 11 proceeding. Please take notice that counsel below requests that copies of all notices given or required to be given in this case pursuant to Bankruptcy Rule 2002, and all papers served or required to be served in this case be given to and served upon the counsel below at the following address:

> Albert A. Ciardi, Esquire
> Thomas D. Bielli, Esquire
> Adrienne N. Roth, Esquire
> Ciardi Ciardi & Astin
> One Commerce Square
> 2005 Market Street, Suite 1930
> Philadelphia, PA 19103

Counsel above demands includes not only notices and papers referred to in the rules specified in the above, but also includes, without limitation, orders and notices of application, motion, petition, pleading, request, complaint, demand, reply, answer, schedule of assets and liabilities, statement of affairs, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

CIARDI CIARDI & ASTIN

BY: /s/ *Thomas D. Bielli*
Thomas D. Bielli, Esquire
Ciardi Ciardi & Astin
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103

Dated: August 8, 2010