# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| LOWER BUCKS HOSPITAL | : | Bky. No. 10-10239 ELF |
| | : | |
| LOWER BUCKS HEALTH ENTERPRISES, INC. | : | JOINTLY ADMINISTERED |
| | : | |
| ADVANCED PRIMARY CARE PHYSICIANS | : | |
| | : | |
| Debtors.[1] | : | |

### ORDER PURSUANT TO 11 U.S.C. § 1121(d) FURTHER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO

Upon the motion dated September 14, 2010 (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order, pursuant to section 1121(d) of the Bankruptcy Code: (a) further extending the Debtors' Exclusive Filing Period by 90 days, through and including January 9, 2011, and (b) further extending the Debtors' Exclusive Solicitation Period by 90 days, through and including March 10, 2011; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and this matter being a "core" proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court being satisfied that the relief sought in the Motion is in the best interest of the Debtors, their creditors and all parties in interest; and the Court having determined [*for the reasons stated in court,*] that the legal and factual

---

[1] The Debtors and the last four digits of their respective taxpayer identification number are as follows: Lower Bucks Hospital (9667); Lower Bucks Health Enterprises, Inc. (7355); and Advanced Primary Care Physicians (9053). The Debtors' address is 501 Bath Road, Bristol, Pennsylvania 19007.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings attributed to them in the Motion.

bases set forth in the Motion establish just cause for the relief granted herein; and upon review of the Motion and all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") is extended through and including January 9, 2011.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to solicit acceptances of the chapter 11 plan (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") is extended through and including March 10, 2011.

3. The extensions of the Exclusive Periods granted in this Order are without prejudice to the Debtors' rights to seek additional extensions from this Court under section 1121(d) of the Bankruptcy Code.

4. This Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the interpretation or implementation of this Order.

Dated: October ___, 2010

_____
Eric L. Frank
United States Bankruptcy Judge