# United States Bankruptcy Court

For the Eastern District of Pennsylvania

In re Lower Bucks Hospital Et. Al , Case No. 10-10239

## 2nd AMENDED
## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Claims Recovery Group LLC | Meca / Medical Executive Coding and Auditing |
|---|---|
| Name of Transferee | NAME of Transferor |

Name and Address where notices to transferee should be sent:

Claims Recovery Group LLC
92 Union Ave
Cresskill, NJ 07626

Court Claim# (if known):     329

Amount of Claim:
Scheduled:         $34,956.81
Proofs of Claim:    $48,132.19
Date Claim Filed:   08/13/2010

Phone:  (201) 266-6988
Last Four Digits of Acct#:_____

Phone:
Last Four Digits of Acct#:_____

Name and Address where Transferee payments should be sent (if different from above);
SAME AS ABOVE

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Allison R. Axenrod_____  Date: 10/29/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

For the Eastern District of Pennsylvania

In re Lower Bucks Hospital Et. Al , Case No. 10-10239

## 2nd AMENDED

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 329 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/29/2010.

| | |
|---|---|
| Claims Recovery Group LLC | Meca / Medical Expense Coding and Auditing |
| Name of Alleged Transferor | Name of Transferee |
| 92 Union Avenue, Cresskill, NJ 07626 | 5 Joyce Kilmer Dr , , Holland , PA 18966 |
| Address of Alleged Transferor | Address of Transferee |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

NOTICE OF TRANSFER AND WAIVER

also known as Medical Executive Coding & Auditing  *JVD*

Meca ("Seller"), sells, transfers and assigns unto Claims Recovery Group LLC, with an address at 92 Union Avenue, Cresskill, NJ 07626, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against Lower Bucks Hospital or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of $34,956.81, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, for the Eastern District of Pennsylvania, jointly administered as Case No. 10-10239.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of the 13 day of October, 2010.

By: *[signature]*
Signature
Jeffrey R. Van Doren, Partner
Print Name/Title
Meca

IN WITNESS WHEREOF, Purchaser has signed below as of the 14 day of Oct, 2010.

By: /s/ Robert M. Axenrod
Robert M. Axenrod, Claims Recovery Group LLC