## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------X

**In re:**                  :       Chapter 11

**LOWER BUCKS HOSPITAL, ET AL**  :

                         :       CASE NO. 10-10239 (ELF)
                         :       JOINTLY ADMINISTERED

        **Debtors**        :

-------------------------------------------------------X

### DECLARATION OF MAILING NOTIFYING TRANSFEROR(S) AND TRANSFEREE(S) REGARDING NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1) and/or (e)(2)

**STATE OF**  <u>NEW YORK</u>     )
                           )    **SS:**
**COUNTY OF** <u>NEW YORK</u>   )

I, <u>Tina Carr</u> declare:

    1.     I am over the age of 18 years and not a party to the within action.

    2.     I am employed by Donlin, Recano and Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

    3.     On the <u>8th</u> day of November, 2010, I received a copy of the Notice of Transfer of Claim ownership for Docket No(s). <u>#740</u> as printed from the docket maintained by the court for the captioned debtor.

    4.     On the <u>8th</u> day of November, 2010, I sent a copy of the Notice of Transfer of Claim ownership pursuant to FRBP 3001 (e) (1) and/or (e) (2) to the Transferor and Transferee via first class mail, postage prepaid and by depositing same in a mail box maintained by the U.S. Postal Service.

    5.     I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>8th</u> day of November, 2010 at New York, New York.

                                By _Tina Carr_
                                       Tina Carr

Sworn before me this
8th day of November 2010

_Sung Jae Kim_
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2013