UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | CHAPTER 11 |
| LOWER BUCKS HOSPITAL : | Bky. No. 10-10239 ELF |
| LOWER BUCKS HEALTH ENTERPRISES, INC. : | JOINTLY ADMINISTERED |
| ADVANCED PRIMARY CARE PHYSICIANS : | |
| Debtors.[1] : | |

**BRIDGE ORDER PURSUANT TO 11 U.S.C. § 1121(d) FURTHER EXTENDING
THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY
FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO**

Upon the motion dated December 17, 2010 (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order, pursuant to section 1121(d) of the Bankruptcy Code: (a) further extending the Debtors' Exclusive Filing Period by 60 days, through and including March 10, 2011, and (b) further extending the Debtors' Exclusive Solicitation Period by 60 days, through and including May 9, 2011; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and this matter being a "core" proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court being satisfied that the relief granted herein is in the best interest of the Debtors, their creditors and all parties in interest; and the Court having determined that the legal and factual bases set

---

[1] The Debtors and the last four digits of their respective taxpayer identification number are as follows: Lower Bucks Hospital (9667); Lower Bucks Health Enterprises, Inc. (7355); and Advanced Primary Care Physicians (9053). The Debtors' address is 501 Bath Road, Bristol, Pennsylvania 19007.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings attributed to them in the Motion.

forth in the Motion establish just cause for the relief granted herein; and upon review of the Motion and all the proceedings had before the Court; and with the consent of the Official Committee of Unsecured Creditors (the "Committee") and The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee for the Borough of Langhorne Manor Higher Education and Health Authority Hospital Revenue Bonds, Series of 1992 (The Lower Bucks Hospital) (the "Bond Trustee"), and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to file a chapter 11 plan (the "Exclusive Filing Period") is extended through and including February 8, 2011.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the period in which the Debtors have the exclusive right to solicit acceptances of the chapter 11 plan (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods") is extended through and including April 9, 2011.

3. The extensions of the Exclusive Periods granted in this Order are without prejudice to the Debtors' rights to seek additional extensions from this Court under section 1121(d) of the Bankruptcy Code.

4. A further hearing on the remaining relief sought in the Motion (*i.e.*, whether the Exclusive Filing Period should be extended through March 10, 2011 and whether the Exclusive Solicitation Period should be extended through May 9, 2011) shall take place on February 7, 2011, at 9:30 a.m. ~~The Committee and Bond Trustee shall file with the Court and serve any objection to the relief sought in the Motion~~ all responses shall be filed and served on or before January 31, 2011.

5.    This Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the interpretation or implementation of this Order.

Dated: January 7, 2011

_____
Eric L. Frank
United States Bankruptcy Judge